**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF APRIL 28, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
WD76988          Edward L. Hoeber vs. State of Missouri
WD76992          Carla Klippel vs. Division of Employment Security
WD77070          Robin S. Roggenbuck vs. State of Missouri
WD77612          Janet Daniel vs. Janet M. Perry VanWye, Michael L. VanWye and
                     Rosalie E. VanWye



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
WD77563          State of Missouri vs. Steve D. Moxley